**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) ) ) ) ) | No. 11 C 3261 |
| Plaintiffs, | ) ) | Judge Shadur |
| v. | ) ) | Magistrate Judge Finnegan |
| MASCO GLASS & ARCHITECTURAL METALS, INC., an Illinois Corporation, | ) ) ) ) | |
| Defendant. | ) | |

**MOTION FOR JUDGMENT IN SUM CERTAIN**

NOW COME the Plaintiffs, by and through their attorneys, and, in their Motion for Judgment in Sum Certain, state as follows:

1. On July 28, 2011, this Court found Defendant in default and ordered Defendant to submit to a fringe benefit contributions audit by Plaintiffs' auditor.

2. In September 2012, Defendant submitted to audit.

3. According to the affidavit of Al Dlhy, Defendant is in arrears and owes the Plaintiffs the following sums:

    a. $1,355.76 in delinquent contributions;

    b. $203.36 in liquidated damages;

    c. $68.80 in discrepancies;

    d. $226.78 in prior late payment assessments; and

    e. $720.00 in audit costs.  See Ex. A.

4. According to the affidavit of Andrew S. Pigott, Plaintiffs have incurred $11,100.00 in attorneys' fees and costs in collection activity, including the maintenance of the instant action. See Ex. B.

WHEREFORE, Plaintiffs ask this Court to enter the order attached to this Motion as Exhibit C.

    Respectfully submitted,

    **TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS**

    By: s/ Andrew S. Pigott
        One of their Attorneys

Donald D. Schwartz
Andrew S. Pigott
**ARNOLD AND KADJAN**
203 N. LaSalle St., Ste. 1650
Chicago, Illinois 60604
(312) 236-0415